```
MIME-Version:1.0
From:ned-ecf.notification@ned.uscourts.gov
To:ecf.notice@ned.uscourts.gov
Bcc:
--Case Participants: Thomas J. Kangior (caseview.ecf@usdoj.gov, jennifer.roberts@usdoj.gov, thomas.kangior@usdoj.gov,
usane.ecfcriminal@usdoj.gov), Judge Brian C. Buescher (brian_buescher@ned.uscourts.gov, nathan_thibon@ned.uscourts.gov,
roger_mastalir@ned.uscourts.gov, ryan_crnkovich@ned.uscourts.gov, tracy_mckibben@ned.uscourts.gov), Magistrate Judge Michael D.
Nelson (jennifer_morrison@ned.uscourts.gov, michael_nelson@ned.uscourts.gov, sara_pankoke@ned.uscourts.gov,
stephanie_nevins@ned.uscourts.gov)
--Non Case Participants: Pretrial Group (ecfnotice-pretrial@nep.uscourts.gov), Probation Officer Group
(ecfnotice_nep@nep.uscourts.gov)
--No Notice Sent:

Message-Id:<4844166@ned.uscourts.gov>
Subject:Activity in Case 8:22-cr-00205-BCB-MDN USA v. Sepulveda-Moreno et al Order Setting Hearing or Trial
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of Nebraska

### Notice of Electronic Filing

The following transaction was entered on 9/21/2022 at 1:10 PM CDT and filed on 9/21/2022

**Case Name:**     USA v. Sepulveda-Moreno et al
**Case Number:**     8:22-cr-00205-BCB-MDN
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
**TEXT ORDER SETTING HEARING as to defendant Victor Gabriel Gonzalez-Garcia. Arraignment set for 9/21/2022 at 2:30 PM in Courtroom 6, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Michael D. Nelson. Ordered by Magistrate Judge Michael D. Nelson. (SLP)**

**8:22-cr-00205-BCB-MDN-2 Notice has been electronically mailed to:**

Thomas J. Kangior     thomas.kangior@usdoj.gov, CaseView.ECF@usdoj.gov, jennifer.roberts@usdoj.gov, usane.ecfCriminal@usdoj.gov

**8:22-cr-00205-BCB-MDN-2 Notice has been delivered by other means to:**